Rel: April 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0481

Wayman Newton, in his official capacity as the Mayor of the City of Tarrant v. Wendell Major, in his official capacity as the Chief of Police for the City of Tarrant, and the City Council of the City of Tarrant (Appeal from Jefferson Circuit Court: CV-23-904087).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Cook, JJ., concur.